1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    **CHRIS BARKLEY,**                      Case No. C 10-05389 CW (PR)
12
                              Petitioner,   **ORDER**
13
               **v.**
14

15  **JAMES NUEHRING, Warden,**

16                            Respondent.

17

18        On motion of respondent and good cause appearing, it is ordered that the time for filing a

19  response to the petition for writ of habeas corpus be, and the same is extended 62 days to and

20  including July 11, 2011.  Petitioner's reply if any shall be filed and served within 60 days of

21  receipt of the answer or motion.

22

23  Dated: _____**5/5/2011**_____

24                                          The Honorable Claudia Wilken

25

26

27

28

                                    1

                                                        [Proposed] Order (C 10-05389 CW (PR))