IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BARKLEY, | No. C 10-5389 CW (PR) |
|     Petitioner, | ORDER CONSTRUING REQUEST FOR EXTENSION OF TIME AS TIMELY NOTICE OF APPEAL; DIRECTING CLERK TO TRANSMIT FILE TO THE NINTH CIRCUIT |
|   v. | |
| JAMES NUEHRING, Warden, | |
|     Respondent. | (Docket no. 20) |

On September 30, 2012, the Court issued an order denying on the merits the instant pro se petition for a writ of habeas corpus, denied a certificate of appealability and entered judgment in favor of Respondent. Docket nos. 17 & 18.

On October 30, 2012, Petitioner, who is incarcerated in Tutwiler, Mississippi, signed, and prison officials deposited in the mail, a request for an extension of time to file a notice of appeal. Docket no. 20.

Applying the mailbox rule and liberally construing Petitioner's request, the Court construes the request as a timely-filed notice of appeal. See Fed. R. App. Proc. 4(c) ("If an inmate confined in an institution files a notice of appeal . . . the notice of appeal is timely filed if it is deposited in the institution's internal mail system on or before the last day for filing."); Andrade v. Attorney General, 270 F.3d 743, 752 (9th Cir. 2001), reversed on other grounds by Lockyer v. Andrade, 538 U. S. 63 (2003) (holding court may consider a timely motion for extension of time the functional equivalent of a notice of appeal).

The Clerk of the Court shall transmit a copy of this Order,

1  together with the case file, to the Ninth Circuit.
2       This Order terminates Docket no. 20.
3       IT IS SO ORDERED.
4  Dated: 11/8/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE