**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    CHRIS BARKLEY,                          No. C 10-5389 CW (PR)

4            Petitioner,                     ORDER CONSTRUING REQUEST FOR
                                             EXTENSION OF TIME AS TIMELY
5       v.                                   NOTICE OF APPEAL; DIRECTING
                                             CLERK TO TRANSMIT FILE TO THE
6    JAMES NUEHRING, Warden,                 NINTH CIRCUIT

7            Respondent.
                                             (Docket no. 20)
8    _____/

9        On September 30, 2012, the Court issued an order denying on

10   the merits the instant pro se petition for a writ of habeas corpus,

11   denied a certificate of appealability and entered judgment in favor

12   of Respondent.  Docket nos. 17 & 18.

13       On October 30, 2012, Petitioner, who is incarcerated in

14   Tutwiler, Mississippi, signed, and prison officials deposited in

15   the mail, a request for an extension of time to file a notice of

16   appeal.  Docket no. 20.

17       Applying the mailbox rule and liberally construing

18   Petitioner's request, the Court construes the request as a timely-

19   filed notice of appeal.  See Fed. R. App. Proc. 4(c) ("If an

20   inmate confined in an institution files a notice of appeal

21   . . . the notice of appeal is timely filed if it is deposited

22   in the institution's internal mail system on or before the

23   last day for filing."); Andrade v. Attorney General, 270 F.3d

24   743, 752 (9th Cir. 2001), reversed on other grounds by Lockyer

25   v. Andrade, 538 U. S. 63 (2003) (holding court may consider a

26   timely motion for extension of time the functional equivalent

27   of a notice of appeal).

28       The Clerk of the Court shall transmit a copy of this Order,

**United States District Court**
For the Northern District of California

1 together with the case file, to the Ninth Circuit.

2       This Order terminates Docket no. 20.

3       IT IS SO ORDERED.

4 Dated: 11/8/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28